IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAXTER HEALTHCARE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-1184-CJB |
| NEVAKAR INJECTABLES, INC., | ) ) ) | |
| Defendant. | ) ) | |
| NEVAKAR INJECTABLES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-1186-CJB |
| BAXTER HEALTHCARE CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington, Delaware this **14th** day of **March, 2025**;

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that Baxter Healthcare Corporation's motion for summary judgment of non-infringement ("Motion") of United States Patent Nos. 10,420,735, 10,471,026, 10,568,850, 10,646,458 and 11,602,508 (the "patents-in-suit"), (Civil Action No. 21-1184-CJB, D.I. 126; Civil Action No. 21-1186-CJB, D.I. 125), is GRANTED-IN-PART and DENIED-IN-PART in the following manner:

1

1. The Motion is GRANTED as to Nevakar Injectables, Inc.'s ("Nevakar") claims of literal direct infringement of the patents-in-suit and to Nevakar's claims of indirect infringement based thereon.

2. The Motion is DENIED as to Nevakar's claims of direct infringement of the patents-in-suit under the doctrine of equivalents and to any related doctrine of equivalents-based claims of indirect infringement.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE